Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

**ORIGINAL**
**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 2 6 2011 ★
**BROOKLYN OFFICE**

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

CV11-4178

TOWNES, J.
POLLAK, M.J

A. Full Name And Prisoner Number of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Matthew Jenkins 06A6298
2. _____

-VS-

B. Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Dective Liamm morris 06779
2. Dective Patrick Crosby 06696
3. District Attorney Charles J. Hynes
4. Police commissioner Raymond Kelly
5. County clerk Nancy T. Sunshine
6. Brklyn Boro President Marty Markowitz

See Attached

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Matthew Jenkins 06A6298
Present Place of Confinement & Address: Up State Correctional facility
P.O. Box 2001 Malone New York 12953

Name and Prisoner Number of Plaintiff: _____
Present Place of Confinement & Address: _____

Defendants:

Dective Liamm morris Sheild Number 06779
Address: Police Department Headquarters
1 Police Plaza New York City 10038

Dective Patrick Crosby Sheild Number 06696
Address: Police Department Headquarters
1 Police Plaza New York City 10038

Police Commissioner Raymond Kelly
Address: Police Department Headquarters
1 Police Plaza New York New York 10038

Rose Gill
Address: Department of investigation
80 Maiden Lane NYC 10038

Mayor Michael Bloomberg
Address: Executive office of the mayor city hall
NYC 10007

Martha Hirst
Address: Department of citywide Adminstrative
Service Municipal Building 17th south floor
1 Center Street NYC 10007

← Notary
M. Ler___

Boro President Marty Markowitz
Address: 209 Joralemon Street
         Brooklyn NY 11201

District Attorney Charles J. Hynes
Address: Renaissance Plaza
         350 Jay Street Brooklyn NY 11201

County Clerk Nancy T. Sunshine
Address: Supreme Court Building
         Room 189, 360 Adams Street Brooklyn 11201


NOTARY ←

*[signature]*

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Dective Liamm morris (sheild # 06779)
(If applicable) Official Position of Defendant: Dective
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: 1 Police Plaza New york City 16038 Police Deractment Head Quarters

Name of Defendant: Patrick Crosby (Sheild #) 06696
(If applicable) Official Position of Defendant: Dective
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Police Depactment Head Quarters 1 Police Plaza New york City 10038

Name of Defendant: Chasles J. Hynes
(If applicable) Official Position of Defendant: District Attorney
(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity
Address of Defendant: Renaissance Plaza 350 Jay St. Brooklyn New York 11201-2908

See Attached

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
     Yes____ No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:
     Plaintiff(s):_____
     Defendant(s):_____

2.   Court (if federal court, name the district; if state court, name the county):_____

3.   Docket or Index Number:_____

4.   Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes____ No____

   If not, give the approximate date it was resolved._____

   Disposition (check the statements which apply):

   ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

   ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

   ____ By court for failure to exhaust administrative remedies;

   ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

   ____ By court due to your voluntary withdrawal of claim;

   ____ <u>Judgment</u> upon motion or after trial entered for

   ____ plaintiff

   ____ defendant.

**B.** Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

   Yes____ No____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____

   _____

   Defendant(s):_____

   _____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

   _____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes____ No____

   If not, give the approximate date it was resolved._____

3

Disposition (check the statements which apply):

___ Dismissed (check the box which indicates why it was dismissed):

    ___ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ___ By court for failure to exhaust administrative remedies;

    ___ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ___ By court due to your voluntary withdrawal of claim;

___ Judgment upon motion or after trial entered for

    ___ plaintiff

    ___ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) September 15, 2006,
defendant (give the **name and position held** of **each defendant** involved in this incident) Dective Mott Liamm morris 06779, Dective Patrick Crosby 06696

did the following to me (briefly state what each defendant named above did): Violated my constitutional rights by submitting false documents into their offical police report and my offical record

The constitutional basis for this claim under 18 USC § 1331, 28 USC § 1983 is: Amendment 1 the freedom of speach clause

The relief I am seeking for this claim is (briefly state the relief sought) ~~[redacted]~~ Judgement by Jury for compensation and punitive damages in the amount of $ ~~[redacted]~~ 14,283,714

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ Yes ___ No   If yes, what was the result? To this date no response

Did you appeal that decision? ___ Yes ___ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**A. SECOND CLAIM:** On (date of the incident) September 15 2006,
defendant (give the **name and position held** of **each defendant** involved in this incident) Dective Liamim morris 06779 and dective patrick crosby 06696

5

did the following to me (briefly state what each defendant named above did): Violated my constitutional Rights by Submitting false documents into they offical police record And my offical Record

The constitutional basis for this claim under 42 U.S.C. § 1983 is: [28 USC 1331] [28 1341] Amendment 4 under under "right to be secure in they person Shall not be violated

The relief I am seeking for this claim is (briefly state the relief sought): Judgement by Jury for compensation and punitive damages in the amount of $ 14,285,714

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

See Attached

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Judgement by trial Jury compensation And punitive damages And actual damages In the total amount of $ 100,000,000

Do you want a jury trial? Yes ✓  No _____

6

4) Third claim: On September 15, 2006, Dective Liam m morris sheild number 06779 And Dective Patrick crosby sheild number 06696 violated my constitutional rights, by providing false documents into their offical Police report And my offical record.
The constitutional basis for this claim under 42 U.S.C 28 USC 1331
Section 1983 is Amendment 5 under the clause of 28 USC 1840
"Nor be deprived of life or liberty without due Process of law"
The relief I am seeking for this is Jury trial and Judgement for compensation, punitive damages and actual damages in the amount of $ 14,285,714

Exhaustion of your administrative remedies for this claim.
Did you greive or appeal this claim? yes,
If yes what was the result? As of todays date no response.

NOTARY

M. ____

A) fourth Claim: On September 15 2006, Dective Liamm Morris 06779 And Patrick Crosby Sheild Number 06696, violated my constitutional rights by submitting false documents into their Police report And my offical record.

The constitutional basis for this claim under 42 U.S.C. §1331 / 28 USC; 343 Section 1983 is Amendment 6, under the clause of "Shall be informed of the nature And cause of accusation."

The relief I am seeking is ~~actually~~ Judgemen by Jury for compensation, punitive, and actual damages in the amount of $ ~~[redacted]~~ $14,283,714

Exhaustion of your adminstative remedies for this claim.
Did you greive or appeal this claim? Yes, If yes what was the result? To this date their has been no response.

A) Fifth Claim: On september 15, 2006, Dective Liamm morris sheild number 06779 And Dective Patrick Crosby 06696 violated my constitutional rights by Adding false documents to their Police Report And my offical Record.   28 USC 1843  28 USC 1331
The constitutional basis for this claim under 42 U.S.C. Section 1983 is Amendment 8 Under clause "crule and unusal punishment"
The relief I Am seeking is ~~judgement~~ Judgement by Jury for compensation, punitive, and actual damages in the amount of $~~~~~~ 14,288,714

Exhaustion of your adminstrative remedies for this claim.
Did you greive or Appeal this claim? Yes
If yes what was the result? As of todays date their has been no response.

← NOTARY
M. Jenk...

A) Sixth claim: on September 1s Dective Ciamm Morris Sheild number 06779 And Dective Patrick Crosby Sheild number 06696 Violated my Constitutional rights by submitting false documents to their offical police report And to my offical record. The constitutional basis for this claim under 42 U.S.C. [28 USC 1343] [28 USC 1331] Section 1983 is Amendment 9 under the Clause "The enumeration in the constitution, of certin rights shall not be construed to deny or disparage others retained by the people". The relief I Am seeking for this claim is A ~~[redacted]~~ Judgement by Jury for compensation, punitive damages And actual damages in the amount of $~~[redacted]~~ 14,288,714

Exhaustion of your administrative remedies for this claim
Did you greive or appeal this claim? Yes
If yes what was the result? As of this date their has not been A response.

← Notary

M. Jenkins

A) Seventh claim; on September 15 2006 Dective Liamm morris Sheild number 06779 And Dective Patrick Crosby Sheild Number 06696, violated my constitutional rights by submitting false documents to their police report and my offical record.
The constitutional basis for this claim under 42 U.S.C. section 1983, is Amendment 14 28 USC 1331 28 USC 1343 Under the following clauses "no state shall make or enforce any law which shall Abridge the privileges or immunities of Citizens of the United States ... nor shall Any State deprive any person of Life, Liberty or Property with out due process of law ... Nor deny any person within it's jurisdiction the Equal ~~~~~ Protection of the Laws
The relief I am seeking for this claim is ~~~~ Judgement by Jury for compensation, punitive damages and actual damages in the amount of $~~~~ 14,285,714

Exhaustion of your Administrative Remedies for this claim.
Did you greive or Appeal this claim? Yes If yes what was the result? As of todays date their has been no response.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                        (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

_____

Signature(s) of Plaintiff(s)

1/20/11

Donna J. Mainville
Notary Public State of New York
New York State No. 01MA6221161
County of Franklin
My Commission Expires on: 05/24/2014

7

ORIGINAL

State of New York
Court of Claims
_____
Matthew Jenkins - 06A6298
                Claimant
Against
The City of New York 71 Precint
Dective Liamm Morris 06779
Dective Patrick Crosby 06696
District Attorney Charles J. Hynes
County Clerk Nancy T. Sunshine
Police Commissioner Raymond Kelly
Brooklyn Boro President Marty Markowitz
Mayor Michael Bloomberg
Rose gill Department of investigation
Martha Hirst Administrative Services Building
                Defendant
_____

Notice of motion to file Late CV11-4178

TOWNES, J.

POLLAK, M.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 26 2011 ★
BROOKLYN OFFICE

Please Take Notice that upon the Annexed Affidavit of Matthew Jenkins sworn to on the 2 day of August 2011, and upon the Attached proposed claim, the claimant will move this court at the courthouse located at the United States District Court 225 Cadman Plaza East, Brooklyn NY 11201, on the _____ day of _____ 2011 at 9:30 Am for an order pursuant to Section 10(6) of the court of claim Act, granting claimant permission to file a late claim, and for such others and further Relief as the court deems appropriate in the circumstances.

The Above-Entitled Actions is for A constitutional tort for violations of constitutional rights, intentional neglience, personal injury, emotional injury, physical injury, defamation, Lible, slander, deliberate indiffrence, reckless indiffrence, neglience, verbal assult, outragous conduct, Actual malice, gross irresponsibility, gross conduct, And reckless irresponsibility.

Answering Affidavits, if Any must be served At least (5) days to the return date of this motion.

Dated:

Respectfully submitted

*[signature]*

M. Jenkins

06A6298

To: NYs Attorney General  
Law Department, Capitol Building  
Albany, NY, 12224

U.C.F. P.O. Box 2000  
Malone, NY 12953

Clerk, court of claims  
P.O. Box 7344  
Capitol Station  
Albany NY 12224

State of New York
Court of Claims
Matthew Jenkins 06A6298
    Claimant      Affidavit in support of motion
               to file Late Claim No:

Against
The City of New York 71 Precint
Dective Liamm Morris 06779
Dective Patrick Crosby 06696
District Attorney Charles J. Hynes
County Clerk Nacy T. Sunshine
Police Commissioner Raymond Kelly
Brooklyn Boro President Marty Markowitz
Mayor Michael Bloomberg
Department of Investigation Rose Gill
Martha Hirst Administrative Service Building
    Defendant

State of New York )
County of Kings )

I, M. Jenkins, being duly sworn, depose and say:

1. I am the claimant in the above entitled action makes and submitt this affidavit in support of my motion for permission to file a late notice of claim pursuant to Section 10(6) of the Court of Claims Act. This is commenced pro-se because I have yet to find a attorney who will represent me in this matter.

2. That I have read the Allegation in the Attached Notice of claim, swear they are true, and based on my recollection of the facts. Except as to matters which are there in stated to be Alleged upon information, and belief, and to those matters I belive them to be true. As I understand the court of claims act, there Are six factors which Are to be considered on a Application such as this. They are: (A) weather the delay in filing was Excusable; (B) weather the state had notice of the essential facts constituting the claim; (C) weather the state had a oppertunity to investigate the underlying circumstances; (D) weather the claim is meritous; (weather the failure to timely file resulted in substantial prejudice to the state; and (F) weather I have any other available remedy.

3. As a lay person/layman of civil law I was not aware of the short filing period set forth in the court of claims Act. This lack of knowleged was compounded by my ignorance of the law and applicable procedual aspect surrounding the filing of such notice. Also by my current incarceration in a punitive segregation unit which creates an undue hardship in receiving prompt and competent legal assistance. As well as my person being over whelmed with a active family court matter (File number 3143, Docket number V-10801-05, Referee Ilana Gruebel, My attorney Vivienne M. Hewitt ESQ.) during the time the statue set forth per court of claims act and Artical 2 of civil practice law and Rules were/was in motion. This family court matter was not brought to a conclusion until 2008. Which until that time, the time and energy needed to dedicated to such a discipline was not accessable; compiled with my limited ability to confer with the proper counsel in this area of law and my lack of access to legal reffrence which Applys to the court of claims. I respectfully requeste that the court consider the handicaps and conditions under which I must make my claim.

4) The State of New York/The City of New York had notice of the essential facts constituting the multiple violations of the United States and New York constitutional rights ~~████████████~~. The City of New York and the district Attorney of Kings county had ample time to investigate the "oral statement" in question as well as "written statements" presented to the court of Kings County by dective Liam m morris (Sheild number 06779) and dective Patrick Crosby (Sheild Number 06696). In the presence of these mentioned dectives, I wrote a admission of my single/solo criminal Activities and took full responsibility for my Actions. Both dectives placed in their offical police report as well as my offical Record, A meritless frivolous "oral statement" which I never made. This statement implicated Another individual in my Actions, which the ramifications of those Actions is the primary cause of my injuries.

5) At the time of incident the department of Justice and the Kings county district Attorney office, and threw it's staff in both offices of the 71 precint and offices of the district Attorney, through lack of adequate training affected the discovery by submitting false documents into the offical investigation of my case in Kings county Brooklyn NY therefore violating multiple constitutional statues and NY constitutional statues.

6) My claim is meritorious. As indicated by my proposed claim. ████████████████. This claim is based upon Section 1983 Civil Action, habeas corpus 550 and violations of U.S. constitutional Amendments 1, Amendment 4, Amendment 5, Amendment 6, Amendment 8, Amendment 9, Amendment 14, As well as New York State Constitutional Right's Artical 1, Bill of Rights Section 1, Section 5, Section 6, Section 11, Section 12.

7) My failure to file a notice of intention in a timely fashion could not have possibly caused prejudice to the State. The City of New York and the district attorney of Kings County Brooklyn New York, compiled discovery, and investigated the incident through it's employees of the City of New York department of Justice and multiple departments thereof, whom, many are still available to the Attorney General, to be contacted with full respects to the incidents.

8) By opperation of Section 24 of the Corrections Law, I am without any other remedy.

9) No previous applications for the relief sought herein has been made to any other Judge of the court.

Respectfully Submitted

*M. Jenkins*
06A6298