**UNITED STATES DISTRICT COURT**

_Eastern_ **DISTRICT OF NEW YORK**

_Matthew Jenkins_,

                      **Plaintiffs,**

-against-

_See Below_         ,

                      **Defendants,**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 23 2011 ★

BROOKLYN OFFICE

**AMENDED**

# COMPLAINT

Under the

**Civil Rights Act, 42 U.S.C. § 1983**

_CV11-4178 (SLT)_

**Jury Trial: Yes** ✓ **No** __

## I.    Parties in this complaint:

A.    Plaintiff

        _Matthew Jenkins_
        _06A6296_
        Upstate Correctional Facility
        P.O. Box 2001
        Malone, NY 12953

B.    Defendant(s)

    **No. 1** _Dective Liamm Morris_
        _Sheld # 0679_
        _1 Police Plaza N.Y.C._
        _10039_
        _Individual/offical capacity_

    **No. 2** _Dective Patuick Closey_
        _Sheld # 06696_
        _1 Police Plaza Nyc_
        _10038_
        _individual/offical capacity_

    **No. 3** _Raymond Kelly Police Commissioner_
        _1 Police Plaza Nyc_
        _10036_

        _individual/offical capacity_

Attached to Parties in this complaint

5) Charles. J. Hynes
   Renaissance Plaza  350 Jay Street
   Brooklyn Ny 11201     Individual/official capacity
   King's County District Attorney
6) Major Michael Bloomberg
   City Hall NYC  10009    individual/official capacity

7) Marty Markowitz        Individual/official capacity
   209 Joralemon St, Brooklyn 11201
   Brooklyn Boro President
8) Martha Hirst           individual/official capacity
   Municipal Bldg , 17 floor South floor
       1 Centre Street N.Y.C. 10007
   Commissioner of Administrative Services
9) Vincent Schiraldi      individual/official capacity
   33 Belver St N.Y.C. 10004
   Department of Probation



10) Rose Gill Hearn    Individual/official capacity
    80 Maiden Lane  N, NY 10038
    Department of Investigation

No. 4 DIRECTOR of The Department of Internal Affairs 31 S Hudson Street 3rd floor Newyork New york individual \ officale Apacity

## II.  Statement of Claim:

**A.**  In what institution did the events giving rise to your claim(s) occur?

71 Precint Dective morris And Deective Crosby Claim Did Not Arrise in gail it Arose in The 71 Precint And At Probation Intrview

**B.**  Where in the institution did the events giving rise to your claim(s) occur?

**C.**  What date and approximate time did the events giving rise to your claim(s) occur? September 15, 2006 During Interrogation

**D.**  Facts: See Attached facts 1 — 10

Fact 1 Dective Liamm morris sheild #06799

On September 15 2006 I MATHEW Jenkins WAS Arrested And Placed in the custody of 71 Precint IN King's county Brooklyn NY. While in their custody, I made A written statement of guilt Admitting My Criminal Activites in A Robbery And Gun possession. Dective ~~practical~~ LiAMM morris Sheild # 06799 Violated my First Amendment, my fourth Amendment, My fifth Amendment, my ~~Eighth~~ Amendment, My Ninth Amendment, My fourteenth Amendment of the United States federal constitution, As well As Article 1, Bill of rights section 1, section 5, section 6, section 8, section 11, section 12 of the New York State constitutional rights by placeing A meritless, frivilous oral statement in my publicly Accessable records, which I never made. This statement implicates Another individual in my criminal Activites. Dective Liamm morris Actions was conscious due to he had time with in offical duties with obvious false Ability of what's to occure througnout my ~~total~~ incarcceration And Equated to Libel, Slander, malice Actual malice, public Humiliaton, Embarassment, Deliberate indiffence, Reckless indiffence, inadaquate training, Negligence, intentional Neglience, Reckless Neglience gross neglience, gross conduct, Reckless conduct, ~~outrageou~~ outrageous conduct And Abuse of Authority threw A wide spread custom with in their offical duties. The Blatant Ripple effect on my person is/was multiple

B

Physical Assolts, verbal Assclts, Emotional
INJury, mental Assolt, mental Injury, Homitation As
wellAs destruction to my Reputation And seperation
between My family, due to such Levels of defamation
All ABut— And Anniumeips II has caused out do
correctional Staff And RC isoners,
Relief sough is already stated in Pre-Amended
Motion\complaint, 10,000,000 $

~Matthew Jenkin
9/7/2011

9/7/11
Donna Mainville

Donna J. Mainville
Notary Public State of New York
New York State No. 01MA6221161
County of Franklin
My Commission Expires on: 05/24/20

FAct 2. Detective PAtrick Crosby Sheild #06696

ON September 15, 2006, I was married Jenkin's WAS Arrested And Paced inthe custody of the 71 Precint inkings county Brooklyn N.Y. While inthere custody, I made A written Statement of Guilt Admitting my criminal Activites in A Robber And Gun possession. Dective patrick crosby Sheild #06696, violated my First Amendment, my Foath Amendment, my Fifth Amend ment, my Eigth Amendment, my Ninth Amendment, my fourteenth Amend ment, of the U.S Federal constitual Rights. AS well AS Article 1, Bill Of Rights Section 1, Section 5, Section 6, Section 8, Section 11, Section 12, of the New york State Constitutional Rights, By Placing A meritless Frivilous ORAl Statement in my Publicly Accessable Record's, which I never made. This Statment implicates Anothe individual in my criminal Activities. Dective patrick crosby Action's WAS Conscious due to he had time Within his Offical Duties, with obvious forseeAble Actious of whats to occure throughout my incarceration And EquAted to Lible, Slander, mAlice, Actual mAlice, public humilAtion, Embarrassment, Deliberate indiffrence, reckless indiffrence, inadaquate training, neglience, intentional neglience, reckless neglience, gross neglience, gross conduct, reckless conduct outrageous conduct And Abuse of Authority threw

Wide Sfcean Customs Will with in their offical duties. The Blatant Ripple Effect on my person is/was matte multiple, Physical Assolts, verbal Assolts, Emotional injury, mental Asscult's, mental injury, by Correctional Staff And prisoners, As well As The destruction of All Reputation And sopegation between my family, due to such high levels of deflamations upon my person.

Relief Sought is Already Stated in Pre-AMend Pre-Amended motion/complaint.

10,000,000$

Matthew Jenk
9\7\2011

9/2/11
[signature]

Donna J. Mainville
Notary Public State of New York
New York State No. 01MA6221161
County of Franklin
My Commission Expires on: 05/24/20 14

Act 3. Director of internal Affairs

I Matthew Jenkins wrote A detailed Letter/ complaint to commissioner Rose Gill About the treatment of the Officers And their Actions While in the custody of 71 Precint in Kings County Brooklyn Ny. ON January 5,2011 This letter was sent out. By January 10,2011 She recived it, by January 19, 2011 She responded with A intake # 11-00980, Aswell AS forwarded my complaint to the Depart ment it's suited for, internal Affairs. Sig Ned by Pamela Woolbright. ON January 28 2011 I wrote to the director of internal Affairs, providing them with information pertaining to my Situation Along with the Assigned intake #, I was given. To This Date Their has been No response on this matter. As of July 2, 2011 I rewrote this formal complaint And had it certified (7007 1490 0001 0385 9619) And stamped With the date of July 15 2011 it was returned With out A date Signed by cynthia Paez And As of this Date their Still has been No response to my complaints. Their Actions violated my 5 Amendment, my 8 Amendment, 9 Amendment, 14 Amendment of the federal United State constitution, Due to There Are in A position of Authority, policy makers And have Knowleged of the the Deprivations encountered While in the prison System. Their Action of inAction is A example of irresponsibility, Deliberate indiffrence, ~~Neglly~~

Negligence to perform offical duties, innadaquate training, Recklessness And carelessness to my current sitcation, which further extends the already inflicted injuries sustained. Relief soought is already stated in the pre-amended 1983 motion. $10,000,000

Matthew Jerlin

9/7/11

Donna J. Mainville
Notary Public State of New York
New York State No. 01MA6221181
County of Franklin
My Commission Expires on: 05/24/20 /4

Fact 4 RAymond Kelly Police Commissioner

ON January 3, 2011 I mailed out A formal complaint to MR RAymond Kelly the police commissioner of New York city Against two police dectives Named Dective Liamm Morris And Dective Patrick Crosby who opperate out of the 71 Precint King's County Brooklyn New York. As of September 9, 2011 their have not been A responce or Acknowledgment of this complaint. ON July 17. 2011 I rewrote And mailed out A detailed Letter About this Prevous complaint sent from up State Correctional facility. However As of September 9, 2011 Acknowlegement of these complaints go Unfinshered. Therefore He becomes responsible under Supervisory Liability of He for the Actions of his officers, however his Action of inAction violates my 5, 8, 9, 14th Amendments of my U.S. Constitution And Section 1, Section 6, And section 11 of Artical 1 of the Bill of Rights in the New York State Constitution while being Deliberate indifference, reckless, And regardful of his officAl Doties And responsibility As A officer And Employee of the state And City of New York. Relief Sought is Already Stated in the Pre Amended complaint for the physical Assults mental, Emotional Assults, And injuryes. I've Endured due to the Lack of training And Supervison of these officers
$10,000,000

9/12/11

Ashlee M. Hippert
Notary Public State of New York
New York State No. 01HE6221166
County of Franklin
My Commission Expires on: Aprl 26, 2014

11

# Fact 5. Charles I. Hynes

On January 10, 2011 I wrote a detailed letter to District Attorney Charles I. Hynes About the Situation, And Actinites of Dective Morris And Dec. no Crosby While in their custody of the 71 Precint Kings County Brooklyn NY And the Nature of the statement inQuestion. On January 12, 2011 It was notorized And on January 12 it was mailed out. To this date there has been No Response or Acknowlege of this complaint. On July 14 2011 I Rewrote A detailed complaint to MR. Charles J. Hynes And sent this out of up state correctional Facility (7007 1490 0001 0385 9220) Certified, on July 22, 2011 it was recived by A Emilio morean, However there have been NO Answer to this Complaint or to the Lack of care for the discovery. Thereby Violating my 14 Amendment, 9 Amendment, 8th Amendment my 5 Amendment, And my 1 Amendment of the U.S. Constitution As Well As Section 1, 8, 11, And Section 6 of the Bill of Rights Artical 1, New York State Constitution, by Lack of Supervison And inadaquate training, by clinging About Deliberate indifference And neglect of his official responsibites. Relief sought is Already Stated in the Pre Amended complaint for the physical injuries/assults mental And emotional injuries sustained that he is partially responsible for Under Supervisory Liability. $10,000,000

9/12/11

Ashley M. Hebert
Notary Public State of New York
New York State No. 01HE6221168
County of Franklin
My Commission Expires on: April 26, 2014

fact 6 Mayor michael Bloomberg

On January 5 2011 I wrote a detailed Letter/complaint to mayor michael Bloomberg About the unconstitutional Actions of Doctive Patrick crosby And Liamm mall's while in the Custody of the 71 precint in King's County Brooklyn NY, on January 9 It was sent from upstate correctional facility, To this date I have heard nothing in Response to these Letter/complaints Notorize on January 18, 2011, On January July 19, 2011 I Rewrote A detailed Letter/complaint About the Actions of these officers, on July 20 2011 It was sent out to this Date there have been No response or Acknowledgement of these complaints. Their for His Action or inaction As A Authortim figure And under supervisory Liability hold's him Responsible for the Actions of his employees. While After my personal Submission to his office make's him And his office Aware of my constitutional deprivations, The inadaquate training gave cause for ~~my person to be the~~ Deliberate indiffrent, Outrageous conduct, negligence to occure Along with the violitions of 1,14, 9, 8, And 8th Amendment of the U.S. constitution A swell As section 1, 5, 11, And 8, of the New york State constitution Artical 1 Bill of rights. Relief sought is Already stated in Pre-Amended complaint for the physical Assults, verbal Assults Dental And Emotional injucies sustained. $10,000,000

9/12/11

Ashley Hebert

Ashley M. Hebert
Notary Public State of New York
New York State No. 01HE6221168
County of Franklin
My Commission Expires on: April 28, 2014

13

Fact 7, 9, Atty Marcowitz 2 corofeesident

On January 10 I wrote a detailed complaint about the constitutional deprieviation's that occured while in the 71 Precint by Dective Patrick Crosby And Dective Liamm Morris in King's County (Brooklyn) I had it notorized on January 12, 2011 And on January 13 it was sent out of up-state correctional facility. As of this day there has been no acknowedgment or response to these formal complaints. On July 14 2011 I rewrote and submitted a second complaint restating my original complaint However as to this date and writing there have been no response or acknowegement of the complaint. Under supervisory liability he is responsible for the actions of those who are under his supervision due to the action of inaction he thereby condor the actions of the dectives mentioned above, if not for his negligence and inadaquate training and supervision, deliberate indiffence, reckless conduct, outrageous conduct, bwoject malice, actual malice, ect. would not have occured. 14, 9, 4, 5, 1 Amendment's of the us constitution would of have been violated nor would, 1, 5, 11, 8th section of the new york state constitution & Artical 1, Bill of right would not have been deprived or violated. Relief sought is already stated in pre amended complaint for the physical assault's verbal assault's, mental and emotional injuries sustained.

9/2/11 $10,000,000

Ashley [signature]

Ashley M. Hebert
Notary Public State of New York
New York State No. 01HE6221166
County of Franklin
Commission Expires on: April 26, 2014

[signature] Matthew Jensen

14

# fact 8 maatha Hirst

On January 7, 2011, I wrote a detailed complaint to martha Hirst about the Constitutional deprivation that occured at the 71 precint by Dective Patrick Crosby And dective Liamm morris in Kings county Brooklyn New York on January 12, 2011 it was Notarized And on January 13 it was sent out of up-state newyork, to the date of this writing there have been No response or acknowlegedment of this complaint. On June 19, 2011 I rewrote And sent out this complaint on July 20, 2011 to this date their have been No response or acknowlegedment to either of my formal complaint's. ms Hirst Action of inaction there by constituted And condoned the Actions of the dective's mentioned Above. the inadaquate training and the deliberate Actions of deliberate imdiffrence Along with the violations of 14, 9, 8, 5 Amendment of the US. constitution Along with the 1, 5, 11, 8th, section of the New york state constitution Articall I Bill of rights. relief soought is Already stated in pre-Amended complaint for Physical Assolts verbal Assults, mental And Emotional injuries sustained. 10,000,000 $

9/12/11

Ashley M. Hebert
Notary Public State of New York
New York State No. 01HE6221166
County of Franklin
My Commission Expires on: April 26, 2014

Matthew

15

# FACT 9  ROSE GILL HEARN

ON JANUARY 3, 2011 I WROTE A COMPLAINT TO ME ROSE GILL HEARN, About the Activities And Actions that HAS occured WHILE IN the custody of 71 Precinct King's County Brooklyn Ny Poly Dective LIAMM Morris And Dective PATRICK Crosby And the constitutional deprivatons that occured. ON JANUARY 10, 2011 it WAS Recived And Acknowleged, by JANUARY 19, 2011, A Letter Signed by PAMELA Woolbright, the director of complaint Bureau Responded And Provided me with the INTAKE # 11-00980 As well As forwarded my complaint to the Department of internal Affirs, Wren her department is Responsible for the training of the City Employees. AS Stated I wrote to this Department on two serecate Orcations The First is JANUARY 28, 2011, the Second is July 2, 2011, I had This certified (7007 1490 0001 0385 9679) it WAS signed on cynthia POZE, And As of this date Their Still had been no Response to my Letters or the forwarded complaint from rose gill /pamela Woolbright, Therfor my constitutional violations are partially her Responsibility due to Her "of was not done properly, And under supervisory Liability She is hold Responsibility for my 1, 4, 5, 8, 9, 14 Amendment Constitutionary Granted rights As well As section 1, 5, 6, 8, 11, 12 of the New york State Constitution. Relief soought is All ready Stated in pre-Amended complaint, for the Physical Assolts, verbal Assolt's emotional And mental injuries sustained over the Course of my incarceration, $10, 000,000

Ashley M. Bebee
Notary Public State of New York
New York State No. 01HE6221166
County of Franklin
My Commission Expires on: April 26, 2014

Fact 10 Vincent Schiraldi

I was interviewed by a parole officer while on Rikers Island by video, by a unnamed parole officer. During the interview I was asked a few questions pertaining to my case, however when I recieved a copy of my pre-sentence report, in the summary section this parole officer made a statement on parole record which I did not say. The statement implicated another individual in my ~~criminal~~ activities. Due to this statement I have been assulted verbally, physicaly, humilated, etc, harassed by correctional staff and the prison population. This officers actions, were deliberate indiffrent to my person bringing about malice, and actual malice. Negligence recklessness, out rageous conduct, as well as the result of inadaquate training, under supervisory liability Vincent ~~Slt~~ Schiraldi is ~~responsibility of~~ responsible for the actions of his employee's, staff. 1, 4, 5, 8, 9, 14 Amendments of the USA constitution have been violated. As well as section, 1, 5, 6, 8, 11, 12 of the New York State constitution has been violated for the blatant actions of this parole officer. Relief sought is judgement by jury for compensation, punitive damages in the amount of ~~$████~~

10,000,000

Matthew [signature]

**III.    Injuries:**

STATED IN FACTS 1-10

**IV.    Exhaustion of administrative Remedies:**

**A.**    Did your claim(s) arise while you were confined in a jail, prison, or other              correctional facility?
    Yes ___    No ___
        If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

- 3 -

**B.**    Does the jail, prison, or other Correctional Facility where your claim(s) arose have a grievance procedure?
          Yes___  No_✓_  Do Not Know__

**C.**    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claim(s)
          Yes___  No_✓_  Do Not Know__
If YES, which claim(s)? There is only one claim made.

**D.**    Dose the grievance procedure at the jail, prisons, or other Correctional facility where your claim(s) arose not cover some of your claim(s)?
          Yes__  No_✓_  Do Not Know__
If YES, which claim(s)?

**E.**    Did you file a grievance in the jail, prisons, or other correctional facility where your claim(s) arose?
          Yes___  No_✓_

**F.**    If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

          1.    Which claim(s) in this complaint did you grieve? There is only one complaint

          2.    What was the result, if any? They told me that they were going to investigate my grievance but I never heard from them again.

          3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to highest level of he grievance process.  _____
_____

**G.**    If you did not file a grievance, did you inform any officials of your claim(s)?
          Yes__  No_✓_

          1.    If YES, whom did you inform and when did you inform them?

          2.    If NO, why not?  I did not file a claim until later when I realized that I would suffer continuous chronic back pain.

**I.**    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

- 4 -

**V.    Relief:**

STATED IN FACT'S I—10

**VI.    Previous lawsuits:**

**A.**    Have you filed other lawsuits in state and federal court dealing with the same facts involved in this action?

Yes___   No___

**B.**    N/A

**D.**    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes___   No___

**E.**    N/A

Signed this ___ day of September 2011___. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff _____

Inmate Number    06A6294

Mailing address    Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

- 5 -

I declare under penalty of perjury that on this __16__ day of ~~August, 2007~~, September 2011, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court of the Southern District of New York.

Signature of Plaintiff: _____

Sworn to Before me This
____ day of _____, 20___.

_____
    **NOTARY PUBLIC**

# Supreme Court of the State of New York

COUNTY OF K̲i̲N̲g̲S̲

-----------------------------------------------------------------X

The People of the State of New York

               Respondents,

       - against -

S̲e̲e̲ ̲A̲t̲t̲A̲c̲h̲e̲d̲

            Defendant.

-----------------------------------------------------------------X

**NOTICE OF MOTION
FOR PRE-SENTENCE
REPORTS**
C.P.L. § 390.50

Ind. # 2006 K007926
      2006 K007925
      2006 K007924
      2006 K007704

PLEASE TAKE NOTICE, that defendant, M̲a̲t̲t̲h̲e̲w̲ ̲J̲e̲n̲k̲i̲n̲s̲, being duly sworn to the 12 day of S̲e̲p̲e̲m̲b̲e̲r̲, 20 1̲1̲, makes a motions to this Supreme Court of the State of New York, County of K̲i̲N̲g̲S̲, located at _____, _____, New York, _____, on the day _____, day of _____, 20___, at 9:30am, or as soon thereafter as counsel may be heard hereby request for an order pursuant to C.P.L. § 390.50(2) for the release of copies of the **Pre-sentence Reports (PSR)** which were prepared in the above action and copies of any memoranda or correspondence relating to sentencing of the above named defendant rendered against him in this court on the _____ day of _____, _____, made and entered by Hon. G̲A̲c̲h̲e̲t̲ _____, convicting him of the class D̲ felony of R̲o̲b̲b̲e̲r̲y̲ ̲C̲r̲i̲m̲i̲n̲a̲l̲ ̲p̲p̲t̲ ̲C̲P̲W̲ in the 2̲⁰ degree.

And for such other and further relief as the Court may deem just and proper.

Dated: S̲e̲p̲t̲e̲n̲ ̲b̲e̲r̲ ̲1̲c̲/̲ ̲2̲0̲1̲1̲

                        _Matthew Jenkins_

                        Defendant, Pro-Se
                        Upstate Correctional Facility
                        P.O. Box 2001
                        Malone, New York 12953

1

Attached to Notice of motion for Pre-Sentence Report

1) Dective Liam Morris Sheild # 06799
   1 Police Plaza  Nyc  10038

2) Dective Patrick crosby  Sheild # 6696
   1 Police Plaza  NyK 10038

3) Raymond Kelly  police commissioner
   1 Police Plaza  Nyc  10038

4) Department of internal Affairs
   315 Hudson St  3rd floor  Ny Ny  10013

5) Charles J. Hynes
   Renaissance Plaza  350 Jay Street  BK  Ny  11201

6) michael Bloomberg
   City Hall N.Y. C. 10007

7) Martha Hirst
   Municipal Bldg  17 floor  south floor
   1 centre St  Nyc  10007

8) Marty Maikowitz
   209 Joralemon St  Brooklyn  Ny  11201

9) Vincent Schiraldi
   33 Beaver St  Nyc  10004

10 Rose Gill Hearn  80 Maiden Lane  Ny Ny  10038

the merits upon a prior motion or proceeding in a court of this state or upon an appeal from this

judgment, or upon a prior motion or proceeding in a Federal Court.

**WHEREFORE,** defendant respectfully requests that his motion be granted on the rounds

that he has a Constitutional right to have access to these records and documents.

Defendant, Pro-Se
Upstate C.F.
P.O. Box 2001
Malone, New York, 12953

Sworn to before me this 14
day of September, 20 11.

Notary Public

Donna J. Mainville
Notary Public State of New York
New York State No. 01MA6221161
County of Franklin
My Commission Expires on: 05/24/20 14

3

# Supreme Court of the State of New York

COUNTY OF _____

-----------------------------------------------------------------X

The People of the State of New York
                         Respondent,

                                              AFFIDAVIT IN SUPPORT OF
              - against -                     NOTICE OF MOTION FOR
                                              PRESENTENCE REPORTS

_See Attached_ )
                         Defendant.           C.P.L. § 390.50
                                              Ind. # _2006 KN0792b_
-----------------------------------------------------------------X    _2006 KN0792S_
                                                                      _2006 KN0792y_
STATE OF NEW YORK    )                                                _2006 KN07704_
COUNTY OF FRANKLIN   )S.S.:

I _Matthew Jenkins_ , being duly sworn, deposes and says:

1. I am the defendant in the above-entitled proceeding.  I make this affidavit in support

of a motion, pursuant to section 390.50(2), of Criminal Procedure Law, to release of copies of

the **Presentence Reports (PSR)**; upon the ground that defendant needs these documents to

prepare for an upcoming parole board appearance.

2. Defendant was convicted and sentenced for the crime of _crw\Rob_  in the _3 RD_

degree and sentence to an ~~determinate~~ _Indeterminate/Determinate_ term of _2-6_  years.

3.   The Pre-sentence report; disclosure, victim access to impact statements; general

principles.  (a) Not less than one Court day prior to sentencing, unless such time requirement is

waived by the parties the pre-sentence report or memorandum shall be made available by the

court for examination and for copying by the defendant's attorney, the defendant himself, if he

has no attorney, and the prosecutor.

4.  The grounds for relief raised within this motion has not previously been determined on

2

28

Affidavit in support of Notice of Motion for presentence Report

1. Dective Liam Morris Sheild # 06799
   1 Police Plaza Nyc 10038

2. Dective Patrick Crosby Sheild # 06696
   1 Police Plaza Nyc 10038

3) Raymond Kelly, police commissioner
   1 Police Plaza Nyc 10038

4) Department of internal Affairs
   315 Hudson St 3RD Floor NY NY 10013

5) Charles J. Hynes
   Renassance Plaza 350 Jay Street BK Ny 11201

6) Michael Bloomberg
   City Hall N.y. C. 10007

7) Martha Hirst
   Municipal Bldg 17 floor south floor
   1 centre St Nyc 10007

8) Marty Markowitz
   209 Joralemon St Brooklyn N Ny 11201

9) Vincent Schiraldi
   33 Beaver St Nyc 10004

~~10) ~~
10 Rose Gill Hearn 80 Maidenlane NY NY 10038

WHEREFORE, I respectfully request that this Court grants my request as a poor person on the original record and that I be furnished with the copy of this action without fee and that I be assigned an attorney to represent me and for such other and further relief as may be proper and equitable.

Defendant, Pro-Se
06A6298

Sworn to before me this 14
day of September 20 11

Notary Public

Donna J. Mainville
Notary Public State of New York
New York State No. 01MA6221161
County of Franklin
My Commission Expires on: 05/24/20 14

27

# Supreme Court of the State of New York
COUNTY OF _____

-------------------------------------------------------------------X

The People of the State of New York
                    Respondent,

                                                    NOTICE OF MOTION TO
                                                    PROCEED AS A POOR
                                                    PERSON

                    - against -

See Attached

                    Defendant.                      Ind. # 2006 M 007926
                                                           2006 M 007925
                                                           2006 M 007924
                                                           2006 M 007921

-------------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the affidavit of MATThew JenKins sworn to on the 14 day of September, 20 11, a motion will be made at the term of this court, for an order permitting defendant pro se to prosecute this motion from the judgment entered in this action on the ___ day of _____, 20___, as a poor person, directing that he be furnished a copy of the **Pre-sentence Report** of the trial of this action without fee, and granting permission to obtain these documents on the original record, upon the ground that said defendant pro se has insufficient income and property to enable him to pay the costs, fees, and expenses to prosecute said documents. I was represented by an _____ at the trial level. My financial situation is I'm indigent and has not changed and for such other and further relief as this Court may deem just and proper.

Dated: September 14 2011

                                            _____
                                            MATThew JenKins
                                            Defendant Pro Se
                                            06AC0298

28



Attached to Notice of poor person

1) Dective Liamm morris Sheild # 06799
1 Police Plaza Nyc 10038

2) Dective Patrick crosby sheild# 06696
1Police Plaza Nyc 10038

3) Raymond Kelly Police comissioner
1 Police Plaza Nyc 10038

4) Department of Internal Affairs
315 Hudson street 3rd floor NY NY 10013

5) Charries J. Hynes
Renaissance Plaza 350 Jay street BK NY 11201

6) michael Bloomberg
City Hall N.Y.C 10007

7) Martha Hirst
Municipal Bldg 17 floor south floor 1 Centre St Nyc 10007

8) Marty Markowitz
209 Joralemon St BK NY 11201

9) Vincent Schiradi
33 Beaver St N.Y.C. 10004

10) ~~Rose Gill Hearn~~
Rose Gill Hearn 80 Maiden Lane NY NY 10038

# Supreme Court of the State of New York

COUNTY OF _____

----------------------------------------------------------------------X
The People of the State of New York
                        Respondent,

            - against -

~~See Attchew~~

                        Defendant.

----------------------------------------------------------------------X

STATE OF NEW YORK    )
COUNTY OF FRANKLIN  )S.S.:

AFFIDAVIT IN SUPPORT OF
NOTICE TO PROCEED AS A
POOR PERSON

Ind. # 2006KN0792 2G
        2006KN079 25
        2006 KN079 24
        2006 KN077 04

I, _Matthew Jenkins_, being duly sworn, deposes and says:

1.    I am the defendant in the above - captioned case and I make this affidavit in support of the attached motion to proceed in forma pauperis.

2.    I am presently in the custody of the Department of Corrections at Upstate Correctional Facility, P.O. Box 2001, Malone, New York 12953, pursuant to a judgment of the Supreme Court of the State of New York, County _Kings_, rendered on _____, _____, conviction me of _CPW\Rob_ in the _3RD_ degree and sentencing me to indeterminate determinate term of _2 to 6_ years.

3.    I am unable because of my indigence to pay the cast, fees, and expenses necessary to prosecute this motion. I am currently incarcerated and I have no income. No other person has a beneficial interest in the outcome of this motion.

4.    I believe in good faith that I am entitled to relief that I am seeking in this case.

30

# Attached to Affidavit of Notice of poor person

1) Dective LIAMM Morris Sheild # 06799
1 Police PLAZA NYC 10038

2) Dective Patrick Crosby Sheild # 06696
1Police PLAZA NYC 10038

3) Raymond Kelly police comissioner
1Police PLAZA NYC 10038

4) Department of Internal Affairs
315 Hudson street 3Rd floor NY NY 10013

5) Charrles J. Hynes
Renaissance PLAZA 350 Jay street BK NY 11201

6) michael Bloomberg
City Hall N.Y.C 10007

7) Martha Hirst
Municipal Bldg 17floor southfloor 1 Centre St N.Y.C 10007

8) Marty Makkowitz
209 Jor Alemon St BK NY 11201

9) vincent Schiraldi
33 Beaver St N.Y.C . 10004

Rose Gill Hearn 80 Maiden Lane NY NY 10038

**NOTICE OF PLACE OF IMPRISONMENT
AGAINST WHOM DETAINER LODGED
AND REQUEST FOR FINAL DISPOSITION**

**PLEASE TAKE NOTICE** that; MATTHEW SCUKINS presently confined in the Upstate

Correctional facility, P.O. Box 2000, 309 Bare Hill Road, Malone, N.Y. 12953 against whom a

detainer dated _____ has been lodged by _____ ;

on the basis of _____

filed against him by the People of the State of New York and signed by _____

of _____ ; does hereby state:

I, MATTHEW SCUKINS do hereby request pursuant to the agreement on detainers

enacted by the State of New York and the State of _____, that final disposition be

made of _____ and that disposition be rendered within One

Hundred and Eighty (180) Days after delivery and acknowledged receipt of this request.

Yours, etc.

_____

Sworn to before me this 14 day of September
In the year 2011

_____
Notary Public

Donna J. Mainville
Notary Public State of New York
New York State No. 01MA6221161
County of Franklin
My Commission Expires on: 05/24/20 14

32

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF FRANKLIN  )S.S.:

I, _Matthew Jenkins_ , being duly sworn,

I am the defendant in the above titled action.

I have on this ▮ day of _September_ , placed and submitted within the institutional

mailbox located at the Upstate Correctional Facility, P.O. Box 2001, Malone, New York 12953,

a true and accurate copy of:

> **NOTICE OF MOTION FOR PRESENTENCE REPORT.**
>
> **AFFIDAVIT IN SUPPORT OF MOTION FOR PRESENTENCE REPORT.**
>
> **NOTICE OF MOTION FOR PERMISSION TO PROCEED AS A POOR PERSON.**
>
> **AFFIDAVIT IN SUPPORT OF MOTION FOR PRO MISSION TO PROCEED AS A POOR PERSON.**

To be duly mailed and delivered by first class mail via the United States Postal Service
upon the following parties to this action:

| Chief Clerk | Department of Probation |
|---|---|
| United States District court | Vincent Schiraidi |
| Eastern District of New York | 33 Beaver St |
| Brooklyn Ny 11201 | NYC 10004 |
| Judge Sandra C. Townes | |

_Matthew Jenkins 06A6298_

Defendant, Pro-Se
Upstate C.F.
P.O. Box 2001
Malone, New York, 12953

Sworn to before me this _14_
Day of _September_, 20_11_.

_Donna J. Mainville_
NOTARY PUBLIC

Donna J. Mainville
Notary Public State of New York
New York State No. 01MA6221161
County of Franklin
My Commission Expires on: 05/24/20_14_

7